IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JORGE GONZALEZ,

        Plaintiff,　　　　　　　　　JUDGMENT IN A CIVIL CASE

  v.　　　　　　　　　　　　　　　　Case No. 13-cv-702-wmc

SGT. KUSSMAUL, Dr. Hoem, C.O.
BARR, DR. AMARANTE and BOB
VICKERY,

        Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 9/5/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |